IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**THERESA LORENZ**  6:16-CV-00304-YY

    Plaintiff,

    v.  ORDER FOR EAJA ATTORNEY FEES

**Commissioner of Social Security**,

    Defendant.

_____

    Based upon the stipulation of the parties, it is hereby ORDERED that Plaintiff is awarded attorney fees in the amount of $4,797.50. Subject to any offset allowed under the Treasury Offset Program, as discussed in <u>Astrue v. Ratliff</u>, 139 S. Ct. 2521 (2010), payment of this award shall be made payable to Plaintiff's attorney:

Alan Stuart Graf, PC, 208 Pine St., Floyd VA 24091.

    It is so ORDERED

    Dated this  28th  day of February, 2017

                                    /s/Youlee Yim You
                                    United States Magistrate Judge

Prepared as to form

/s/ Alan Graf
Attorney for Plaintiff

ORDER FOR EAJA FEES-1